AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   24-cr-003-GPG-JMC |
| LYNDRETH HEMP WALL, A/K/A LYNDRETH WALL | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     LYNDRETH HEMP WALL, A/K/A LYNDRETH WALL                           ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

COUNTS 1-2, 4-5, and 8-11: 18 U.S.C. §§ 2242 and 1153, Sexual Abuse in Indian Country

COUNTS 3, 6-7, and 12: 18 U.S.C. §§ 2244(a)(2) and 1153, Abusive Sexual Contact in Indian Country

Date:   01/03/2024                                   s/ C. Cuenca
                                                  *Issuing officer's signature*

City and state:   Durango, Colorado                  James M. Candelaria, Magistrate Judge
                                                  *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  1/4/2024 , and the person was arrested on *(date)*  1/10/2024 at *(city and state)*  TOWAOC, CO . |
| Date:  1/11/2024                          _____ *Arresting officer's signature* |
| Scott Crowley, Special Agent *Printed name and title* |