IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.: 24-cr-00003-GPG-JMC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LYNDRETH HEMP WALL,

    Defendant.

## RESPONSE TO MOTION TO RECUSE

The United States of America, by and through Cole Finegan, United States Attorney, and R. Josh Player, Assistant United States Attorney, responds as follows to Defendant's Motion to Recuse.

The United States concedes that a two-page "Notice of Allegation" that included facts supporting the instant indictment was presented to the United States Attorney's Office in 2017 when United States Magistrate Judge Candelaria was employed in the office as an Assistant United States Attorney. More specifically, this notice of allegation involved material witnesses to the facts supporting the indictment and was carbon copied to "U.S. Attorney J. Candelaria, D. Osborne…7/7/2017." No additional materials were received until November 2018, when this matter was formally assigned to someone other than then-AUSA Candelaria.

To be clear, the Government has no record that Magistrate Judge Candelaria reviewed or took any action on this matter. Further, the Government notes that

1

Magistrate Judge Candelaria has routinely and diligently recused himself from matters in which he participated as an AUSA. However, out of an abundance of caution and to avoid the appearance of any perceived conflict, under 28 U.S.C. § 455(a), (b)(1), and (b)(3), the United States does not oppose the request for recusal.

While the United States has no doubt that the Court can remain impartial in this matter, for the above stated reasons, the United States does not oppose the defendant's motion for recusal and submits that the Court is in the best position to evaluate additional factors that may be triggered by other subsections of 28 U.S.C. § 455(b).

Respectfully submitted this 18th day of January 2024.

          COLE FINEGAN
          UNITED STATES ATTORNEY

          By: *s/ R. Josh Player*
          R. Josh Player
          Assistant United States Attorney
          835 East 2nd Avenue, Suite 410
          Durango, Colorado 81301
          Telephone: (970) 247-1514
          Email: riley.player@usdoj.gov
          Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record, Laura Hayes Suelau:

Laura_suelau@fd.org
Jared_westbroek@fd.org

*s/ Amy Connor*
Amy Connor
Paralegal Specialist
U.S. Attorney's Office
835 2nd Avenue, Suite 410
Durango, Colorado 81301
(970) 247-1514 phone
Amy.connor@usdoj.gov