**DEFENDANT'S EXHIBIT LIST**

CASE NO.  24-cr-00003-GPG

CASE CAPTION:  United States v. Lyndreth Hemp Wall          DATE: February 20, 2025

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A | | BIA Notice of Allegation (INV 1-2) and Case File Review (INV 32-33) | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |