IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 24-cr-00003-GPG

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LYNDRETH HEMP WALL,

      Defendant.

---

# MOTION TO RESTRICT ACCESS

---

Mr. Lyndreth Hemp Wall, through his attorneys, Assistant Federal Public Defenders Laura H. Suelau, Summer Woods and Amy Senia, respectfully requests that Docket Nos. 175 and 176 be docketed under Level 2 Restriction.

                                Respectfully submitted,

                                VIRGINIA L. GRADY
                                Federal Public Defender

                                s/ Laura Suelau
                                LAURA SUELAU

                                s/ Summer Woods
                                SUMMER WOODS

                                s/ Amy Senia
                                Assistant Federal Public Defenders
                                633 17th Street, Suite 1000
                                Denver, CO  80202
                                Telephone: (303) 294-7002
                                FAX: (303) 294-1192
                                laura_suelau@fd.org
                                summer_woods@fd.org
                                amy_senia@fd.org
                                Attorneys for Defendant

**CERTIFICATE OF SERVICE**

   I hereby certify that on April 28, 2025, I electronically filed the foregoing *Motion to Restrict* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

  Riley Josh Player, Assistant United States Attorney
  Email: Riley.Player@usdoj.gov

  Jeffrey K. Graves, Assistant United States Attorney
  Email: jeffrey.graves@usdoj.gov

             s/Laura Suelau
             LAURA SUELAU
             Assistant Federal Public Defender
             633 17th Street, Suite 1000
             Denver, CO  80202
             Telephone: (303) 294-7002
             FAX: (303) 294-1192
             laura_suelau@fd.org
             Attorney for Defendant