**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher**

| | |
|---|---|
| Date: | June 30, 2025 |
| Courtroom Deputy: | Donald Clement |
| Court Reporter: | Megan Strawn |

| | |
|---|---|
| Criminal Action No. **1:24-cr-00003-GPG-1** | Counsel: |
| UNITED STATES OF AMERICA, | Riley Josh Player |
| Plaintiff, | |
| v. | |
| LYNDRETH HEMP WALL, | Laura Hayes Suelau |
| | Summer Woods |
| Defendant. | |

**COURTROOM MINUTES**

**Video Final Trial Preparation Conference**

**9:09 a.m.     Court in session.**

Court calls case. Appearances of counsel.

Opening remarks by the Court.

Discussion held regarding opening statements, stipulations of facts, the Court's procedures for deposition designations, counsel table rosters, witness lists, trial length, exhibit lists, voir dire, pending motions, jury instructions, jury notetaking, Court's instructions to jurors regarding references to the minor victim, trial briefs, the Court's practice standards, and anticipated evidentiary hearings which may be necessary outside the hearing of the jury. (take out what is not covered)

The Court reserves Ten (10) days for trial. Each side shall have 30 minutes for voir dire and 30 minutes for opening statements.

**ORDERED:** that on or before July 6, 2025, the parties are to submit a brief pertaining to Minute Order Second Amended Preliminary Jury Instructions [D. 217].

**ORDERED:** the Court reserves ruling on Proposed Voir Dire Questions [D. 213] and wording that will be authorized.

**ORDERED:** that on or before July 21, 2025, the parties are to submit a joint brief listing and short explanation of all the pending motions, pretrial orders, decisions, stipulations or other agreements between the parties.

**ORDERED:** the parties verify that there will be two alternates seats which will be seat 14 as the first alternate and seat 10 as the second alternate.

**ORDERED:** Ms. Suelau Orally Motions the Court to file a Reconsider Motion and extend past the page requirement to 20 pages. The Court GRANTS the motion and Ms. Suelau is authorized to file the Reconsider Motion that is no more than 20 pages before or on July 3, 2025. The Government's Response is due on or before July 14, 2025.

**ORDERED:** that a Video Status Conference is set for July 23, 2025, at 8:00 AM in Courtroom 323 (Grand Junction).

**ORDERED:** A Ten-day jury trial is set to commence at 8:00 a.m. on Monday, August 4, 2025, in Courtroom 150 (Durango).

**ORDERED:** On or before July 28, 2025, the parties shall submit their briefs on XXX, as stated on the record.

**ORDERED:** Any updated stipulations of facts shall be filed no later than July 28, 2025.

**ORDERED:** On or before July 29, 2025, the parties shall file a glossary of any difficult, unusual, scientific, technical, and/or medical jargon, words, names, terms and/or phrases.

**ORDERED:** On or before July 31, 2025, the parties shall file a single joint Exhibit List via CM/ECF.

**ORDERED:** On or before July 31, 2025, each side shall submit to chambers, via email, a roster identifying by name and capacity at trial everyone who will be at counsel tables.

**ORDERED:** On or before July 31, 2025, the parties shall provide one (1) USB flash drive and three (3) exhibit notebooks to Chambers. One notebook will contain the original exhibits and two will contain copies of the exhibits for the Court.

**ORDERED:** Each party shall provide the Courtroom Deputy with four (4) paper copies of a final list of its witnesses, which includes an estimate of the time anticipated for each witness's direct and cross-examination.

**9:31 a.m.**     **Court is adjourned. Hearing concluded.**

Total time in court:  00:22 Minutes