# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Gordon P. Gallagher

| | |
|---|---|
| Date: | September 19, 2025 |
| Courtroom Deputy: | Donald Clement |
| Court Reporter: | Megan Strawn |

| | |
|---|---|
| Criminal Action No. **1:24-cr-00003-GPG-1** | Counsel: |
| UNITED STATES OF AMERICA, | Riley Josh Player |
| | Jeffrey K. Graves |
| Plaintiff, | |
| v. | |
| LYNDRETH HEMP WALL, | Laura Hayes Suelau |
| | Summer Woods |
| Defendant. | |

## COURTROOM MINUTES

**Final Trial Preparation Conference**

**10:14 a.m.    Court in session.**

Court calls case. Appearances of counsel.

Opening remarks by the Court.

Discussion held regarding restricted pleadings, pending motions, jury questionnaire, jury selection, stipulations of facts, trial length, voir dire, jury instructions, contested witness testimony, Court's previous orders, the Court's practice standards, and anticipated additional hearings prior to the jury trial.

The Court reserves ten (10) days for trial. Each side shall have 90 minutes for voir dire and 30 minutes for opening statements.

**ORDERED:** Restricted Motion [D. 297] is TAKEN UNDERADVISEMENT.

**ORDERED:** that each side shall receive 90 minutes for voir dire.

**ORDERED:** that the Motion in Limine and Notice of Pretrial Stipulations [D. 274] is GRANTED IN PART AND TAKEN UNDERADVISEMENT. The motion is granted pertaining to unopposed matters, and a written order will be issued but taken under advisement pertaining to all remaining contested issues.

**ORDERED:** a Video Status Conference to address jury instructions on October 21, 2025, from 2:00 p.m. to 5:00 p.m. in Courtroom 323 (Grand Junction).

**ORDERED:** A ten-day jury trial is set to commence at 8:00 a.m. on Monday, October 27, 2025, in Courtroom 150 (Durango).

**ORDERED:** Any updated stipulations of facts shall be filed no later than October 20, 2025.

**ORDERED:** On or before October 22, 2025, the parties shall file a glossary of any difficult, unusual, scientific, technical, and/or medical jargon, words, names, terms and/or phrases.

**ORDERED:** On or before October 23, 2025, the parties shall file a single joint Exhibit List via CM/ECF.

**ORDERED:** On or before October 23, 2025, each side shall submit to chambers, via email, a roster identifying by name and capacity at trial everyone who will be at counsel tables.

**ORDERED:** On or before October 23, 2025, the parties shall provide one (1) USB flash drive and three (3) exhibit notebooks to Chambers in Durango. One notebook will contain the original exhibits and two will contain copies of the exhibits for the Court.

**ORDERED:** Each party shall provide the Courtroom Deputy with four (4) paper copies of a final list of its witnesses, which includes an estimate of the time anticipated for each witness's direct and cross-examination.

**11:48 a.m.** **Court is adjourned. Hearing concluded.**

Total time in court: 1 Hour 34 Minutes