IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 24-cr-00003-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LYNDRETH HEMP WALL,

    Defendant.

---

**MOTION TO RESTRICT ACCESS**

---

Mr. Lyndreth Hemp Wall, through his attorneys, Assistant Federal Public Defenders Laura H. Suelau, Summer Woods and Amy Senia, respectfully requests that Docket Nos. 343 and 344 be docketed under Level 2 Restriction.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    s/ Laura Suelau
    LAURA SUELAU

    s/ Summer Woods
    SUMMER WOODS

    s/ Amy Senia
    Assistant Federal Public Defenders
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    laura_suelau@fd.org
    summer_woods@fd.org
    amy_senia@fd.org
    Attorneys for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 14, 2025, I electronically filed the foregoing ***Motion to Restrict*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Riley Josh Player, Assistant United States Attorney
Email: Riley.Player@usdoj.gov

Jeffrey K. Graves, Assistant United States Attorney
Email: jeffrey.graves@usdoj.gov

                                                    s/Laura Suelau
                                                    LAURA SUELAU
                                                    Assistant Federal Public Defender
                                                    633 17th Street, Suite 1000
                                                    Denver, CO 80202
                                                    Telephone: (303) 294-7002
                                                    FAX: (303) 294-1192
                                                    laura_suelau@fd.org
                                                    Attorney for Defendant