# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Gordon P. Gallagher

| | |
|---|---|
| Date: | August 4, 2025 |
| Deputy Clerk: | Donald L. Clement |
| Court Reporter: | Megan Strawn |
| Law Clerk: | Alex Ruge via VTC and Mira Lerner in person |

---

| | |
|---|---|
| Civil Action No. **1:24-cr-00003-GPG-1** | Counsel: |
| UNITED STATES OF AMERICA, | Riley Josh Player |
| | Jeffrey K. Graves |
| Plaintiff, | |
| v. | |
| LYNDRETH HEMP WALL, | Laura Hayes Suelau |
| | Summer Woods |
| | Amy W. Senia |
| Defendant. | |

---

## COURTROOM MINUTES

**Jury Trial, Day 1**

**8:10 a.m.**     **Court in session.** Jury panel not present.

Appearances of Counsel.

Also seated at Plaintiff's table: Scott Crowley. Also seated at Defendant's table: Jacqueline Silvermann.

Opening remarks by the Court. Witness names during voir dire, Defendants hearing, sequestration order, additional discovery from the government, exhibit lists, break concerns, and audio line.

**ORDERED:**   At the conclusion of the jury trial, before counsel departs, counsel **SHALL** meet with the Courtroom Deputy and immediately take possession of their respective original exhibits, depositions, transcripts, or papers identified, offered, or admitted at trial by that party, and any additional copies that were delivered to the court,

          and **SHALL** retain such until all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

**ORDERED:**  Defendant's oral motion for Rule 615 sequestration is granted, all witnesses are sequestered and excluded from the courtroom.

Government's oral motion authorizing communication with the jury at the conclusion of the trial is granted. A written order will follow.

| | |
|---|---|
| **8:29 a.m.** | **Court in recess.** |
| **9:27 a.m.** | **Court in session.** |

**Jury Selection**

Jury panel is present.

Court's remarks to prospective jurors.

Voir dire of prospective jurors by the Court.

Jurors excused for hardship:

1. 500102667
2. 500106443
3. 500102150
4. 500101321
5. 500103541
6. 500102831
7. 500101861
8. 500101441
9. 500102783

10:54 a.m. Jury excused

| | |
|---|---|
| **10:54 a.m.** | **Court in recess.** |
| **11:11 a.m.** | **Court in session.** |

Continued Voir dire of prospective jurors by the Court.

Jurors excused for hardship:

10. 500100790
11. 500103125
12. 500098909
13. 500101924

    14. 500104759
    15. 500098040
    16. 500098795
    17. 500105146
    18. 500106682
    19. 500104330

Court provides further instructions to the prospective jurors.

12:33 p.m.    Jury excused

Discussion outside the presence of the jury.

**12:37 p.m.**    **Court in recess for lunch.**
**1:33 p.m.**    **Court in session.**

Continued Voir Dire by the Court.

Voir dire by the Government.

**2:46 p.m.**    **Jury excused**

**2:47 p.m.**    **Court in recess.**
**3:03 p.m.**    **Court in session.**

Discussion with just one juror.

Jury Present.

Juror excused for hardship.

    20. 500101365
    21. 500103646
    22. 500100767
    23. 500103269

Continued Voir dire by the Government

4:05 p.m. Jury excused

Discussion outside the presence of the jury.

**4:10 p.m.**    **Court in recess.**
**4:21 p.m.**    **Court in session.**

Challenges for cause:

1. 500098490
2. 500105523

Voir dire by the defense.

5:27 p.m.        Jury excused

Discussion outside the presence of the jury.

**5:32 p.m.        Court in recess.**
**5:36 p.m.        Court in session.**

Court provides instructions to the potential jurors.

5:41 p.m.        Jury released, to return at 7:45 a.m. on Tuesday, October 28, 2025.

Discussion outside the courtroom

Challenges for cause:

1. 500102632

**5:52 p.m.        Court in recess. Trial continued.**

Total time in court: 6 Hours 59 Minutes