**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher**

| | |
|---|---|
| Date: | October 28, 2025 |
| Deputy Clerk: | Donald L. Clement |
| Court Reporter: | Megan Strawn |
| Law Clerk: | Alex Ruge via VTC and Mira Lerner |

| | |
|---|---|
| Criminal Action No. **1:24-cr-00003-GPG-1** | Counsel: |
| UNITED STATES OF AMERICA, | Riley Josh Player |
| | Jeffrey K. Graves |
| Plaintiff, | |
| v. | |
| LYNDRETH HEMP WALL, | Laura Hayes Suelau |
| | Summer Woods |
| Defendant, | |

**COURTROOM MINUTES**

**Jury Trial, Day 2**

**8:00 a.m.     Court in session.**

All counsel and Defendant, are present in the courtroom.

Also seated at Plaintiff's table: FBI Special Agent Scott Crowley.

Discussion outside the presence of the jury.

8:03 a.m. Jury present

Court holds bench conferences with selected jurors per parties request.

Challenge for Cause

1. 500100040

Voir Dire of new jurors by the Court.

Challenge for Cause

2. 500105646
3. 500097800

Continued Voir Dire by Defense

9:16 a.m. Jury is excused

**9:18 a.m.   Court in recess**
**9:26 a.m.   Court in session**

Discussion outside the jury pertaining to Challenge for Cause

Additional Voir Dire to individual jurors as requested by the Court.

4. 500100615
5. 500102609
6. 500098088
7. 500097839
8. 500098320

**10:51 a.m.   Court in recess**
**11:00 a.m.   Court in session**

**Jury Present**

**Juror panel reseated.**

**Voir Dire by the Court of newly paneled jurors**

**Challenge for Cause**

9. 500105922
10. 500103850

Voir Dire by the Government

11:45 a.m. Jury Excused

**11:47 a.m. Court in Recess**
**11:54 a.m. Court in Session**

Discussion outside the presence of the jury

Continued Voir Dire by the Government

Voir Dire by the Defense.

Court provides additional details about the trial schedule and potentially having to go beyond a ten day trial.

Government's challenges:

1. 500105891
2. 500097885
3. 500105690
4. 500100389
5. 500102757
6. 500101298
7. pass
8. pass

Defendant's challenges:

1. 500100963
2. 500103600
3. 500100813
4. 500099917
5. 500098783
6. 500103054
7. 500106272
8. 500098354
9. pass
10. 500106924

Jurors sworn to try case:

1. 500098957
2. 500099649
3. 500099706
4. 500100325
5. 500098656
6. 500103009
7. 500104570

8. 500103267
9. 500106842
10. 500104432
11. 500100891
12. 500106883
13. 500098103
14. 500097514

12 jurors and 2 alternates seated and sworn.

The Court's Juror Code of Conduct is distributed to all jurors.

The Court reviews the Code of Conduct with the members of the jury.

Discussion outside the presence of the Jury pertaining to Jury Instructions.

12:43 p.m. Jury is excused.

Discussion outside the presence of the jury.

**ORDERED:** the renewed oral Motion pertaining to 413 concerns is DENIED.

**1:14 p.m.      Court in recess.**
**2:20 p.m.      Court in session.**

Discussion outside the presence of the jury.

2:22 p.m. Jury present.

Court reads preliminary instructions to the jury.

Opening statement for the government by Mr. Graves.

3:08 p.m. Jury Excused

Discussion outside the presence of the jury.

**3:11 p.m.      Court in recess.**
**3:20 p.m.      Court in session**

Discussion outside the presence of the jury.

3:23 p.m. Jury present.

Opening statement for the defense by Ms. Suelau.
3:55 p.m. Jury Excused.

Discussion outside the presence of the jury.

**3:56 p.m. Court in Recess.**
**4:03 p.m. Court in Session.**

Discussion outside the presence of the jury considering witness and security of the courthouse.

Discussion with witness S.S. outside the presence of the jury.

4:12 p.m. Jury present

4:12 p.m. Plaintiff's witness S.S. is called and placed under oath by the Court.

Court provides limiting instruction to the jury.

Direct examination of S.S. by Mr. Graves.

Witness identified defendant in the courtroom.

Plaintiff's Exhibit(s) 40, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 21, and 22 are admitted into evidence.

4:55 p.m.     Jury released, to return at 7:45 a.m. on Wednesday, October 29, 2025.

**4:58 p.m.     Court in recess. Trial continued.**

Total time in court: 7 Hours 12 Minutes