IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge Gordon P. Gallagher

| | |
|---|---|
| Date: | November 18, 2025 |
| Deputy Clerk: | Donald Clement |
| Court Reporter: | Megan Strawn |
| Law Clerk: | Alex Ruge and Mira Lerner via VTC |

| | |
|---|---|
| Criminal Action No. **1:24-cr-00003-GPG-1** | Counsel: |
| UNITED STATES OF AMERICA, | Riley Josh Player |
| | Jeffrey K. Graves |
| Plaintiff, | |
| v. | |
| LYNDRETH HEMP WALL, | Laura Hayes Suelau |
| | Summer Woods |
| | Amy W. Senia via VTC |
| Defendant, | |

## COURTROOM MINUTES

**Jury Trial, Day 12**

**8:06 a.m.    Court in session.**

All counsel, FBI Special Agent Scott Crowley, and Defendant, are present in the courtroom.

8:07 a.m. Jury Present

**ORDERED:**   Lunches are to be provided to the jury beginning Tuesday November 18, 2025, and for the duration of deliberation.

The Court's final set of jury instructions are read to the jury.

| | |
|---|---|
| **8:58 a.m.** | **Court in recess.** |
| **9:08 a.m.** | **Court in session.** |

9:11 a.m. Jury Present

9:13 a.m. Government's opening closing argument by Mr. Player.

| | |
|---|---|
| **10:22 a.m.** | **Court in recess.** |
| **10:55 a.m.** | **Court in session.** |

10:56 a.m. Jury not present.

10:56 a.m. Defendant's closing arguments by Ms. Suelau.

| | |
|---|---|
| **12:27 p.m.** | **Court in recess.** |
| **12:40 p.m.** | **Court in session.** |

12:42 p.m. Jury Present

12:44 p.m. Government's closing rebuttal argument by Mr. Graves.

1:15 p.m. Court Security Officer placed under oath by the Court.

1:16 p.m. Jury is escorted to the jury deliberation room by the bailiff to begin deliberations.

Counsel is to stay within 10 minutes of the courthouse.

| | |
|---|---|
| **1:19 p.m.** | **Court in recess.** |
| **3:53 p.m.** | **Court in session.** Jury not present. |

Parties discussed jurors' questions.

The Court prepares a response to the questions with input from counsel; response is given to the jury.

| | |
|---|---|
| **4:03 p.m.** | **Court in recess.** |
| **5:02 p.m.** | **Court in session.** |

Discussion outside the presence of the jury.

5:03 p.m. Jury present.

Verdict tendered to the Court. Court reads verdict.

Jury finds the defendant guilty as to Counts 1, 2, 3, 4, 5, 6, 7, 8, 14, 15, 16, 17, 18, 19, and 20 of the Indictment.

Jury finds the defendant not guilty as to Counts 9, 10, 11, 12, and 13 of the Indictment.

5:11 p.m. Jury is discharged.

**ORDERED:**   Defendant is remanded to the custody of the United States Marshal.

**5:14 p.m.**     **Court is adjourned. Trial concluded.**

Total time in court: 4 Hours and 39 Minutes