**Exhibits Admitted**
**Case No. 1:24-cr-00003-GPG-1**

| Date Admitted | Exhibit Number & Comments[1] |
|---|---|
| 10/28/25 | 40 – Photo of S.S. hand |
| 10/28/25 | 25-Eagle Feathers |
| 10/28/25 | 26-photo of Eagle Feathers |
| 10/28/25 | 27-Eagle Feather Fan |
| 10/28/25 | 28- Eagle feather fan photos |
| 10/28/25 | 29-Crystal |
| 10/28/25 | 30-Crystal photos |
| 10/28/25 | 31-Ashes |
| 10/28/25 | 32- Ashes photos |
| 10/28/25 | 33-Aarowheads |
| 10/28/25 | 34- Arrowheads photos |
| 10/28/25 | 35-Stone Pipe |
| 10/28/25 | 36- Herbs/spices |
| 10/28/25 | 37-Herbs/Spices Photos |
| 10/28/25 | 38-Yarn/Sticks |
| 10/28/25 | 39- Yarn/Sticks Photos |
| 10/28/25 | 21- Photo of Valley Motel, Alamosa |
| 10/28/25 | 22- Photo of Valley Motel doors, Alamosa |
| 10/29/25 | 24- receipt from Denver Marriott South |

---

[1] FDPO = For Demonstrative Purposes Only
Highlighted exhibits DO NOT GO TO JURY

**Exhibits Admitted**
**Case No. 1:24-cr-00003-GPG-1**

| Date Admitted | Exhibit Number & Comments[1] |
|---|---|
| 10/29/25 | 82-redacted audio recording of defense Ex. 121 |
| 10/29/25 | 23- picture of Denver Marriott South |
| 10/29/25 | 2- Photo of L. Wall's House |
| 10/29/25 | 8- Photo of A.B. House |
| 10/29/25 | 10-Google Map- Mike Wash Road (Long Road) |
| 10/29/25 | 11- Google Map- Mike Wash Road (Close Range) |
| 10/29/25 | 59- Transcript of Interview of K.B. (Redacted) ref only Pg. 14 line 21 to pg. 15 line 14 and pg. 16 lines 21 to 25 |
| 10/30/25 | 125-BIA incident record referenced |
| 10/30/25 | 1- Map- Boundaries of the Ute Mountain Ute Reservation referenced/offered/not accepted |
| 10/30/25 | 51-Planner Photo-- |
| 10/30/25 | 52- Audio interview of M.T. played mins 46.06 to 46.16, 7:28 to 8:13 (Impeachment) |
| 10/31/25 | 52- Audio interview of M.T. played mins 13 to 13:47, 23 to 23:46, 15:01 to 15:38, 16:09 to 16:32, 18 to 18:25, 16:34 to 16:45, 40:00 to 40:28, 16:56 to 17:25, 22:00 to 22:40, 18:53 to 19:32, |
| 10/31/25 | 55- Transcript of Interview with M.T. Referenced pg. 47 lines 4 thru 22 |
| 10/31/25 | 53- Audio Interview with M.T. |
| 11/3/25 | 4- google map- L Wall House/Hayfield area (Mid-Range) |
| 11/3/25 | 9- Photo – A.B.'s House |
| 11/3/25 | 105- Facebook Photo |
| 11/3/25 | 106- Facebook Photo |
| 11/3/25 | 107- Facebook Photo |
| 11/3/25 | 102- Text Messages |

**Exhibits Admitted**
**Case No. 1:24-cr-00003-GPG-1**

| Date Admitted | Exhibit Number & Comments[1] |
|---|---|
| 11/3/25 | 122- Google Map of Towaoc |
| 11/3/25 | 103- Photo from Shoshone language conf |
| 11/3/25 | 104- Facebook video |
| 11/3/25 | 112- Photo from Shoshone Language Conf |
| 11/3/25 | 114- Photo from Shoshone Language Conf |
| 11/3/25 | 123- Pic of Ute Mountain Casino |
| 11/3/25 | 113- Photo from Shoshone Language Conf. |
| 11/3/25 | 124- Video from Shoshone Language Conf. |
| 11/4/25 | 69- J.T. Transcript of Interview Redacted Referenced pgs. 1 and 2 |
| 11/4/25 | 70- J.T. Hand Drawn Map |
| 11/4/25 | 110- Montezuma County Records Referenced pgs. 10, 1, 37 |
| 11/4/25 | 19-Authentication for Land Status |
| 11/4/25 | 131- Authentication for Land Status referenced |
| 11/4/25 | 132- Request for Land Status referenced |
| 11/4/25 | 134 referenced |
| 11/4/25 | 137- Memo from Office of Justice |
| 11/4/25 | 3- Google Map- L. Wall's House/Hayfield area (long range) |
| 11/4/25 | 4- Google Map- L. Wall's House/Hayfield area (mid range) |
| 11/4/25 | 5- Google Map- L. Wall's House/Hayfield area (close range) |
| 11/4/25 | 46- Audio Interview of L. Wall |
| 11/4/25 | 133- General Report BIA referenced |

**Exhibits Admitted**
**Case No. 1:24-cr-00003-GPG-1**

| Date Admitted | Exhibit Number & Comments[1] |
|---|---|
| 11/6/25 | 139- Ute Mountain Ute Constitution |
| 11/6/25 | 141- drawing by Special Agent Crowley <mark>Admitted as Demonstrative Exhibit</mark> |
| 11/17/25 | 145- phone text messages |
| | |