**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Judge Gordon P. Gallagher

Date:                October 28, 2025
Courtroom Deputy:    Donald L. Clement
Court Reporter:      Megan Strawn

---

Criminal Action No. 1**:24-cr-00003-GPG-1**          Counsel:

UNITED STATES OF AMERICA,                            Riley Josh Player
                                                     Jeffrey K. Graves

     Plaintiff,

v.

LYNDRETH HEMP WALL,                                  Laura Hayes Suelau
                                                     Summer Woods

     Defendant.

---

# WITNESS LIST

| PLF | DEF | NAMES OF WITNESSES |
|:---:|:---:|:---:|
| X |   | S.S. 10/28/25 |
| X |   | S.S. 10/29/25 |
| X |   | K.B. 10/29/25 |
| X |   | K.B. 10/30/25 |
| X |   | J.O. aka J.T. 10/30/25 |
| X |   | M.T. 10/30/25 |
| X |   | M.T. 10/31/25 |
| X |   | A.B. 11/3/2025 |
| X |   | J.T. aka J.L. 11/4/25 |
| X |   | Irene Lorenzo 11/4/25 |
| X |   | FBI Special Agent Scott Crowley 11/4/25 |
| X |   | FBI Special Agent Scott Crowley 11/5/25 |
| X |   | Edward Box 11/5/25 |
| X |   | Professor Sarah Deer 11/5/25 |
| X |   | Professor Sarah Deer 11/6/25 |
|   | X | Chairman Manuel Heart 11/6/25 |
|   | X | Conrad Jacket 11/6/25 |

|  | X | Peter Oretgo 11/6/25 |
|--|---|----------------------|
|  | X | Alston Turtle 11/6/25 |
|  | X | FBI Special Agent Scott Crowley recalled 11/6/25 |
|  | X | Dr. Deborah Davis 11/7/25 |
|  | X | Jacqueline Silbermann 11/17/25 |
|  | X | Cara Wall 11/17/25 |
|  |   |  |