IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Case Number: 1:24-cr-00003-GPG-1

## NOTE TO COURT

_____   We the jury have reached a verdict.

X   We the jury have a question.

Are you under oath when you are giving an interview to the FBI and being recorded?

11/18/25
**Date & Time**

**Answer from the Court**

The Court cannot answer this question. The jury must rely on the evidence it has.

11/18/25 @ 2:55pm
**Date & Time**

Judge Gordon P. Gallagher

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Gordon P. Gallagher

Case Number: 1:24-cr-00003-GPG-1

## NOTE TO COURT

_____   We the jury have reached a verdict.

__X__   We the jury have a question.

Can we please have the transcript or recording of Agent Crowley and Michelle Taylor? Exhibit #52

11/8/25
**Date & Time**

**Answer from the Court**

No. You cannot have either of these items. However this does not necessarily apply to any other recording in evidence.

11/18/25 @ 4pm
**Date & Time**

**Judge Gordon P. Gallagher**