# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Gordon P. Gallagher

Case Number: 1:24-cr-00003-GPG-1

## NOTE TO COURT

__X__   We the jury have reached a verdict.

_____   We the jury have a question.

_____

_____

_____

_____

11/18/25
Date & Time

Answ████████████████

_____

_____

_____

_____

_____

_____   _____
Date & Time                Judge Gordon P. Gallagher