IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Criminal Action No. 24-cr-00003-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LYNDRETH HEMP WALL,

    Defendant.

---

## VERDICT FORM – COUNT ONE

    We, the jury, on our oaths, unanimously find the defendant, Lyndreth Hemp Wall, on the crime of Sexual Abuse in Indian Country, as charged in Count One of the Indictment, alleging on or about a date between when K.B. (Kalie Bancroft) turned the age of 12 years old, January 4, 2009, and the day before K.B. turned 16 years old, January 3, 2013, on the same occasion as Count 2 but on a separate occasion from any other count, within the exterior boundaries of the Ute Mountain Ute Indian Reservation at Mr. Wall's house, Mr. Wall, an Indian, knowingly penetrated the genital opening of K.B. with his finger with the intent to arouse and gratify the sexual desire of any person, knowing that K.B. was incapable of appraising the nature of the conduct, in violation of Title 18, United States Code, Section 2242(2)(A),

    \_\_\_\_\_ Not Guilty

    __X__ Guilty

Dated this __18__ day of __November__ 2025

[signature redacted]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Criminal Action No. 24-cr-00003-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LYNDRETH HEMP WALL,

    Defendant.

## VERDICT FORM – COUNT TWO

    We, the jury, on our oaths, unanimously find the defendant, Lyndreth Hemp Wall, on the crime of Abusive Sexual Contact in Indian Country, as charged in Count Two of the Indictment, alleging on or about a date between when K.B. (Kalie Bancroft) turned the age of 12 years old, January 4, 2009, and the day before K.B. turned 16 years old, January 3, 2013, on the same occasion as Count 1 but on a separate occasion from any other count, within the exterior boundaries of the Ute Mountain Ute Indian Reservation at Mr. Wall's house, Mr. Wall, an Indian, knowingly penetrated the genital opening of K.B. with his finger with the intent to arouse and gratify the sexual desire of any person, knowing that the sexual contact was done without K.B.'s permission, in violation of Title 18, United States Code, Section 2244(b),

    \_\_\_\_\_ Not Guilty

    __X__ Guilty

vember 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Criminal Action No. 24-cr-00003-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LYNDRETH HEMP WALL,

    Defendant.

---

## VERDICT FORM – COUNT THREE

We, the jury, on our oaths, unanimously find the defendant, Lyndreth Hemp Wall, on the crime of Sexual Abuse in Indian Country, as charged in Count Three of the Indictment, alleging on or about a date between when K.B. (Kalie Bancroft) turned the age of 12 years old, January 4, 2009, and the day before K.B. turned 16 years old, January 3, 2013, on the same occasion as Count 4 but on a separate occasion from any other count, within the exterior boundaries of the Ute Mountain Ute Indian Reservation in a PT Cruiser automobile, Mr. Wall, an Indian, knowingly touched, not through the clothing, K.B.'s genitalia, with the intent to arouse and gratify the sexual desire of any person, knowing that K.B. was incapable of appraising the nature of the conduct, in violation of Title 18, United States Code, Section 2242(2)(A),

    \_\_\_\_ Not Guilty

    _X_ Guilty

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Criminal Action No. 24-cr-00003-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LYNDRETH HEMP WALL,

    Defendant.

## VERDICT FORM – COUNT FOUR

We, the jury, on our oaths, unanimously find the defendant, Lyndreth Hemp Wall, on the crime of Abusive Sexual Contact in Indian Country, as charged in Count Four of the Indictment, alleging on or about a date between when K.B. (Kaile Bancroft) turned the age of 12 years old, January 4, 2009, and the day before K.B. turned 16 years old, January 3, 2013, on the same occasion as Count 3 but on a separate occasion from any other count, within the exterior boundaries of the Ute Mountain Ute Indian Reservation in a PT Cruiser automobile, Mr. Wall, an Indian, knowingly touched, not through the clothing, K.B.'s genitalia, with the intent to arouse and gratify the sexual desire of any person, knowing that the sexual contact was done without K.B.'s permission in violation of Title 18, United States Code, Section 2244(b),

    \_\_\_\_\_ Not Guilty

    __X__ Guilty



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Criminal Action No. 24-cr-00003-GPG

UNITED STATES OF AMERICA.

    Plaintiff,

v.

LYNDRETH HEMP WALL,

    Defendant.

## VERDICT FORM – COUNT FIVE

We, the jury, on our oaths, unanimously find the defendant, Lyndreth Hemp Wall, on the crime of Abusive Sexual Contact in Indian Country, as charged in Count Five of the Indictment, alleging on or about a date between when K.B. (Kaile Bancroft) turned the age of 16 years old, January 4, 2013, and, July 7, 2017, on the same occasion as Count 6 but on a separate occasion from any other count, within the exterior boundaries of the Ute Mountain Ute Indian Reservation, Mr. Wall, an Indian, knowingly touched K.B.'s breast, with the intent to arouse and gratify the sexual desire of any person, knowing K.B. was incapable of appraising the nature of the conduct in violation of Title 18, United States Code, Section 2244(a)(2),

    \_\_\_\_\_ Not Guilty

    __X__ Guilty



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Criminal Action No. 24-cr-00003-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LYNDRETH HEMP WALL,

    Defendant.

---

## VERDICT FORM – COUNT SIX

    We, the jury, on our oaths, unanimously find the defendant, Lyndreth Hemp Wall, on the crime of Abusive Sexual Contact in Indian Country, as charged in Count Six of the Indictment, alleging on or about a date between when K.B. (Kaile Bancroft) turned the age of 16 years old, January 4, 2013, and, July 7, 2017, on the same occasion as Count 5 but on a separate occasion from any other count, within the exterior boundaries of the Ute Mountain Ute Indian Reservation, Mr. Wall, an Indian, knowingly touched K.B.'s breast, with the intent to arouse and gratify the sexual desire of any person, knowing that the sexual contact was done without K.B.'s permission, in violation of Title 18, United States Code, Section 2244(b),

    \_\_\_\_\_ Not Guilty

    __X__ Guilty

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Criminal Action No. 24-cr-00003-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LYNDRETH HEMP WALL,

    Defendant.

## VERDICT FORM – COUNT SEVEN

We, the jury, on our oaths, unanimously find the defendant, Lyndreth Hemp Wall, on the crime of Sexual Abuse in Indian Country, as charged in Count Seven of the Indictment, alleging on or about a date between January 1, 2015, and July 7, 2017, on the same occasion as Count 8 but on a separate occasion from any other count, within the exterior boundaries of the Ute Mountain Ute Indian Reservation, Mr. Wall, an Indian, knowingly penetrated the genital opening of A.B. (Angelita Berry) with his finger with the intent to arouse and gratify the sexual desire of any person, after the Mr. Wall stated he observed a "Skinwalker," knowing that A.B. was incapable of appraising the nature of the conduct, in violation of Title 18, United States Code, Sections 2242(2)(A).

\_\_\_\_\_ Not Guilty

  ✓   Guilty

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Criminal Action No. 24-cr-00003-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LYNDRETH HEMP WALL,

    Defendant.

---

# VERDICT FORM – COUNT EIGHT

    We, the jury, on our oaths, unanimously find the defendant, Lyndreth Hemp Wall, on the crime of Abusive Sexual Contact in Indian Country, as charged in Count Eight of the Indictment, alleging on or about a date between January 1, 2015, and July 7, 2017, on the same occasion as Count 7 but on a separate occasion from any other count, within the exterior boundaries of the Ute Mountain Ute Indian Reservation, Mr. Wall, an Indian, knowingly penetrated the genital opening of A.B. with his finger with the intent to arouse and gratify the sexual desire of any person, after the Defendant stated he observed a "Skinwalker," knowing that the sexual contact was done without A.B.'s permission, in violation of Title 18, United States Code, Section 2244(b),

    \_\_\_\_\_ Not Guilty

    __X__ Guilty 

025

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Criminal Action No. 24-cr-00003-GPG

UNITED STATES OF AMERICA,

Plaintiff,

v.

LYNDRETH HEMP WALL,

Defendant.

## VERDICT FORM – COUNT NINE

We, the jury, on our oaths, unanimously find the defendant, Lyndreth Hemp Wall, on the crime of Sexual Abuse in Indian Country, as charged in Count Nine of the Indictment, alleging on or about a date between January 1, 2015, and July 7, 2017, on the same occasion as Count 10 but on a separate occasion from any other count, within the exterior boundaries of the Ute Mountain Ute Indian Reservation at Mr. Wall's house, Mr. Wall, an Indian, knowingly caused his penis to penetrate A.B.'s (Angelita Berry) vulva, knowing that A.B. was incapable of appraising the nature of the conduct, in violation of Title 18, United States Code, Section 2242(2)(A),

    __X__ Not Guilty

    _____ Guilty

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Criminal Action No. 24-cr-00003-GPG

UNITED STATES OF AMERICA,

Plaintiff,

v.

LYNDRETH HEMP WALL,

Defendant.

## VERDICT FORM – COUNT TEN

We, the jury, on our oaths, unanimously find the defendant, Lyndreth Hemp Wall, on the crime of Abusive Sexual Contact in Indian Country, as charged in Count Ten of the Indictment, alleging on or about a date between January 1, 2015, and July 7, 2017, on the same occasion as Count 9 but on a separate occasion from any other count, within the exterior boundaries of the Ute Mountain Ute Indian Reservation at Mr. Wall's house, Mr. Wall, an Indian, knowingly touched A.B.'s (Angelita Berry) genitalia with the intent to arouse and gratify the sexual desire of any person, knowing that the sexual contact was done without A.B.'s permission, in violation of Title 18, United States Code, Section 2244(b),

    __X__ Not Guilty

    _____ Guilty

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Criminal Action No. 24-cr-00003-GPG

UNITED STATES OF AMERICA,

Plaintiff,

v.

LYNDRETH HEMP WALL,

Defendant.

## VERDICT FORM – COUNT ELEVEN

We, the jury, on our oaths, unanimously find the defendant, Lyndreth Hemp Wall, on the crime of Abusive Sexual Contact in Indian Country, as charged in Count Eleven of the Indictment, alleging that on or about a date between January 1, 2015, and July 7, 2017, on the same occasion as Count 12 but on a separate occasion from any other count, within the exterior boundaries of the Ute Mountain Ute Indian Reservation, Mr. Wall, an Indian, knowingly touched A.B.'s (Angelita Berry) genitalia with the intent to arouse and gratify the sexual desire of any person, knowing A.B. was incapable of appraising the nature of the conduct, in violation of Title 18, United States Code, Section 2244(a)(2),

      __X__ Not Guilty

      _____ Guilty

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Criminal Action No. 24-cr-00003-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LYNDRETH HEMP WALL,

    Defendant.

---

## VERDICT FORM – COUNT TWELVE

    We, the jury, on our oaths, unanimously find the defendant, Lyndreth Hemp Wall, on the crime of Abusive Sexual Contact in Indian Country, as charged in Count Twelve of the Indictment, alleging that on or about a date between January 1, 2015, and July 7, 2017, on the same occasion as Count 11 but on a separate occasion from any other count, within the exterior boundaries of the Ute Mountain Ute Indian Reservation, Mr. Wall, an Indian, knowingly touched A.B.'s (Angelita Berry) genitalia with the intent to arouse and gratify the sexual desire of any person, knowing that the sexual contact was done without A.B.'s permission in violation of Title 18, United States Code, Section 2244(b),

    __X__ Not Guilty

    _____ Guilty

2025

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Criminal Action No. 24-cr-00003-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LYNDRETH HEMP WALL,

    Defendant.

## VERDICT FORM – COUNT THIRTEEN

We, the jury, on our oaths, unanimously find the defendant, Lyndreth Hemp Wall, on the crime of Abusive Sexual Contact in Indian Country, as charged in Count Thirteen of the Indictment, alleging that on or about a date between January 1, 2015, and July 7, 2017, on a separate occasion from any other count, within the exterior boundaries of the Ute Mountain Ute Indian Reservation outside of A.B.'s (Angelita Berry) house, Mr. Wall, an Indian, intentionally touched A.B.'s breast with the intent to arouse and gratify the sexual desire of any person, knowing he lacked permission, in violation of Title 18, United States Code, Section 2244(b),

        __X__ Not Guilty

        _____ Guilty



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Criminal Action No. 24-cr-00003-GPG

UNITED STATES OF AMERICA,

Plaintiff,

v.

LYNDRETH HEMP WALL,

Defendant.

## VERDICT FORM – COUNT FOURTEEN

We, the jury, on our oaths, unanimously find the defendant, Lyndreth Hemp Wall, on the crime of Abusive Sexual Contact in Indian Country, as charged in Count Fourteen of the Indictment, alleging that on or about a date between January 1, 2017, and July 11, 2017, on the same occasion as Count 15 but on a separate occasion from any other count, within the exterior boundaries of the Ute Mountain Ute Indian Reservation, Mr. Wall, an Indian, intentionally touched J.T.'s (Janiece Luthi, née Tate) breasts with the intent to arouse and gratify the sexual desire of any person, knowing that J.T. was incapable of appraising the nature of the conduct, in violation of Title 18, United States Code, Section 2244(a)(2),

    \_\_\_\_\_ Not Guilty

    __X__ Guilty



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Criminal Action No. 24-cr-00003-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LYNDRETH HEMP WALL,

    Defendant.

## VERDICT FORM – COUNT FIFTEEN

    We, the jury, on our oaths, unanimously find the defendant, Lyndreth Hemp Wall, on the crime of Abusive Sexual Contact in Indian Country, as charged in Count Fifteen of the Indictment, alleging that on or about a date between January 1, 2017, and July 11, 2017, on the same occasion as Count 14 but on a separate occasion from any other count, within the exterior boundaries of the Ute Mountain Ute Indian Reservation, Mr. Wall, an Indian, intentionally touched J.T.'s (Janiece Luthi, née Tate) breast with the intent to arouse and gratify the sexual desire of any person, knowing he did not have permission, in violation of Title 18, United States Code, Section 2244(b).

    _____ Not Guilty

      X   Guilty



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Criminal Action No. 24-cr-00003-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LYNDRETH HEMP WALL,

    Defendant.

## VERDICT FORM – COUNT SIXTEEN

    We, the jury, on our oaths, unanimously find the defendant, Lyndreth Hemp Wall, on the crime of Sexual Abuse in Indian Country, as charged in Count Sixteen of the Indictment, alleging that on or about a date between January 1, 2014, and July 13, 2017, on the same occasion as Count 17 but on a separate occasion from any other count, within the exterior boundaries of the Ute Mountain Ute Indian Reservation, Mr. Wall, an Indian, knowingly penetrated the genital opening of J.O. (Jennifer Torres, née Osmond) with his finger with the intent to arouse and gratify the sexual desire of any person, knowing J.O. was incapable of appraising the nature of the conduct, in violation of Title 18, United States Code, Section 2242(2)(A),

    _____ Not Guilty

    __X__ Guilty

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Criminal Action No. 24-cr-00003-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LYNDRETH HEMP WALL,

    Defendant.

## VERDICT FORM – COUNT SEVENTEEN

We, the jury, on our oaths, unanimously find the defendant, Lyndreth Hemp Wall, on the crime of Abusive Sexual Contact in Indian Country, as charged in Count Seventeen of the Indictment, alleging that on or about a date between January 1, 2014, and July 13, 2017, on the same occasion as Count 16 but on a separate occasion from any other count, within the exterior boundaries of the Ute Mountain Ute Indian Reservation, Mr. Wall, an Indian, intentionally touched J.O.'s (Jennifer Torres, née Osmond) breast and genitalia at his house with the intent to arouse and gratify the sexual desire of any person, knowing that he did not have permission, in violation of Title 18, United States Code, Section 2244(b),

    \_\_\_\_\_ Not Guilty

    \_\_X\_\_ Guilty



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Criminal Action No. 24-cr-00003-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LYNDRETH HEMP WALL,

    Defendant.

## VERDICT FORM – COUNT EIGHTEEN

    We, the jury, on our oaths, unanimously find the defendant, Lyndreth Hemp Wall, on the crime of Sexual Abuse in Indian Country, as charged in Count Eighteen of the Indictment, alleging on or about a date between January 1, 2014, and July 13, 2017, on the same occasion as Count 19 but on a separate occasion from any other count, within the exterior boundaries of the Ute Mountain Ute Indian Reservation at Mr. Wall's house, Mr. Wall, an Indian, knowingly penetrated the genital opening of J.O. (Jennifer Torres, née Osmond) with his finger with the intent to arouse and gratify the sexual desire of any person, knowing that J.O. was incapable of appraising the nature of the conduct in violation of Title 18, United States Code, Section 2242(2)(A),

    _____ Not Guilty

    __X__ Guilty



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Criminal Action No. 24-cr-00003-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LYNDRETH HEMP WALL,

    Defendant.

---

## VERDICT FORM – COUNT NINETEEN

---

    We, the jury, on our oaths, unanimously find the defendant, Lyndreth Hemp Wall, on the crime of Abusive Sexual Contact in Indian Country, as charged in Count Nineteen of the Indictment, alleging on or about a date between January 1, 2014, and July 13, 2017, on the same occasion as Count 18 but on a separate occasion from any other count, within the exterior boundaries of the Ute Mountain Ute Indian Reservation at Mr. Wall's house, Mr. Wall, an Indian, knowingly touched J.O.'s (Jennifer Torres, née Osmond) genitalia, with the intent to arouse and gratify the sexual desire of any person, knowing that the sexual contact was done without J.O.'s permission in violation of Title 18, United States Code, Section 2244(b),

    _____ Not Guilty

    __X__ Guilty

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Criminal Action No. 24-cr-00003-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LYNDRETH HEMP WALL,

    Defendant.

## VERDICT FORM – COUNT TWENTY

We, the jury, on our oaths, unanimously find the defendant, Lyndreth Hemp Wall, on the crime of Abusive Sexual Contact in Indian Country, as charged in Count Twenty of the Indictment, alleging on or about a date between February 1, 2016, and February 29, 2016, within the exterior boundaries of the Ute Mountain Ute Indian Reservation at a trailer in Towaoc, Colorado, Mr. Wall, an Indian, knowingly touched M.T.'s (Michelle Taylor) breast with the intent to arouse and gratify the sexual desire of any person, knowing that the sexual contact was done without M.T.'s permission in violation of Title 18, United States Code, Section 2244(b),

    \_\_\_\_\_ Not Guilty

    __X__ Guilty